**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**MAKUSHAMARI GOZO, Defendant–
Appellant.**

No. 13–4604.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2013.

Decided: Dec. 20, 2013.

Makushamari Gozo, Appellant Pro Se. Peter Marshall Nothstein, Office of the United States Attorney, Rod J. Rosenstein, United States Attorney, Baltimore, Maryland, for Appellee.

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Makushamari Gozo seeks to appeal the district court's denial of various motions made in the context of his criminal proceedings, including motions to suppress and for dismissal of the indictments. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Gozo seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*